[No. 67349-1-I. Division One. September 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANKLIN LOUIS HUTTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00058-8, Thomas J. Wynne, J., entered June 29, 2011. *Affirmed* by unpublished per curiam opinion.

[No. 67407-2-I. Division One. September 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN ALONZO WATKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04178-4, Jim Rogers, J., entered June 24, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Dwyer, JJ.

[No. 67462-5-I. Division One. September 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID RIGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 1-44446, Timothy A. Bradshaw, J., entered June 1, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Dwyer, JJ.

[No. 67476-5-I. Division One. September 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL PAUL LOGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06329-0, Joan E. DuBuque, J., entered June 24, 2011. *Affirmed* by unpublished per curiam opinion.